Gustave Albert SCHUTT, Appellant, v. FEDERAL LAND BANK OF SAINT PAUL.

No. 12175.

Circuit Court of Appeals, Eighth Circuit.

Dec. 5, 1941.

S. E. Ellsworth, of Jamestown, N. D., for appellant.

John F. Lord, of St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed at costs of appellant, on motion of appellee.

TRADERS & GENERAL INSURANCE COMPANY, a Corporation, v. YELLOW CAB OPERATING COMPANY, a Corporation.

No. 2365.

Circuit Court of Appeals, Tenth Circuit.

Dec. 29, 1941.

Mart Brown, of Oklahoma City, Okl., for appellant.

Bohanon & Adams, of Oklahoma City, Okl., for appellee.

Before PHILLIPS and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellee, on authority of Hunt v. United States, 10 Cir., 53 F.2d 333, and Marshall's U. S. Auto Supply, Inc., v. Cashman, 10 Cir., 111 F. 2d 140, the appeal having been taken from an order sustaining a motion for a new trial.